STATE OF NEW JERSEY v. FRANK HANSFORD, JR.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MORIARTY.

June 26, 1975. Petition for certification denied. (See 133 *N. J. Super.* 563).

PASCACK VALLEY BANK AND TRUST CO. v. INSURANCE COMPANY OF NORTH AMERICA.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD STANCIL.

June 26, 1975. Petition for certification denied.

CITY OF LONG BRANCH v. MONMOUTH COUNTY BOARD OF TAXATION.

June 26, 1975. Petition for certification denied.

STATE, DEPARTMENT OF INSTITUTIONS AND AGENCIES v. FRANK S. WAITS.

June 26, 1975. Petition for certification denied.